**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICKEY DAVEY                                                                                       PLAINTIFF

v.                                          4:12-cv-00485-BRW

BRIAN S. MILLER, United States Chief
District Judge, Eastern District of Arkansas                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 12th day of October, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE